**Dismiss and Opinion Filed September 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01039-CV

### CLYDE'S DALLAS AUTO CLUB, LLC, Appellant
### V.
### JAMES BUCKER, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-02891-D**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

Before the Court is appellant's motion to dismiss. Pursuant to Texas Rule of Appellate

Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

181039F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CLYDE'S DALLAS AUTO CLUB, LLC,
Appellant

No. 05-18-01039-CV      V.

JAMES BUCKER, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-16-02891-D.
Opinion delivered by Justice Bridges,
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee James Bucker recover his costs, if any, of this appeal from appellant Clyde's Dallas Auto Club, LLC.

Judgment entered September 27, 2018.